**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1124**

———————

STEVE NOPPENBERGER,

Plaintiff - Appellant,

versus

NORTHROP GRUMMAN CORPORATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-98-1742-JFM)

———————

Submitted:  May 11, 2000            Decided:  May 18, 2000

———————

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Steve Noppenberger, Appellant Pro Se.  James Joseph Kelley, II,
Victoria E. Houck, MORGAN, LEWIS & BOCKIUS, Washington, D.C., for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steve Noppenberger appeals the district court's orders dismissing the majority of his claims, granting summary judgment in favor of the Defendant as to his remaining claim, and denying his motions to withdraw judgment and to compel disclosure or discovery in his employment discrimination action.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Noppenberger v. Northrop v. Grumman Corp., No. CA-98-1742-JFM (D. Md. Dec. 23 & Mar. 25, 1999; Jan. 4, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED